**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Susan Graves, as Guardian Ad Litem for Cody Graves, | NO. C 06-04360 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| County of San Benito, et al., | |
| Defendants. / | |

Pursuant to the November 13, 2006 Joint Case Management Statement indicating that the parties will be in private medication with retired Judge Harkjoon Paik on January 15, 2007, the Court vacates the Case Management Conference presently scheduled for November 20, 2006 at 10 AM. The parties shall appear for a Case Management Conference on **February 12, 2007 at 10 AM.**

Dated: November 15, 2006

James Ware
JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Clyde A. Thompson cthompson@hatalaw.com
   William L Marder bill@polarislawgroup.com

3

4  **Dated:  November 15, 2006**                     **Richard W. Wieking, Clerk**

5                                                    **By:  /s/ JW Chambers**
                                                           **Elizabeth Garcia**
6                                                          **Courtroom Deputy**