Clyde A. Thompson, SBN 72920
Rebecca S. Widen, SBN 219207
HAAPALA, ALTURA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:    510-763-2324
Fax:    510-273-8570

Attorneys For Defendant
COUNTY OF SAN BENITO

**IT IS SO ORDERED**
*(signed)* Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| SUSAN GRAVES, as Guardian Ad Litem for CODY GRAVES,<br><br>            Plaintiff,<br><br>  vs.<br><br>COUNTY OF SAN BENITO, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: C06-04360 JW (PVT)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties have completed a comprehensive settlement of all claims in connection with the present action. The settlement proceeds have been paid in full and the parties request the Court dismiss the action with prejudice.

Dated: March 7, 2007          POLARIS LAW GROUP LLP

                              By: /s/ William L. Marder
                                  William L. Marder
                                  Attorneys For Plaintiff

Dated: March 5, 2007          HAAPALA, ALTURA,
                              THOMPSON & ABERN, LLP

                              By: /s/ Clyde A. Thompson
                                  Clyde A. Thompson
                                  Attorneys For Defendant
                                  COUNTY OF SAN BENITO

1

*Graves v. County of San Benito, et al.*/Case #C06-04360 JW (PVT)
Stipulation And Order For Dismissal With Prejudice

1 **ORDER OF DISMISSAL**

2     The Court having considered the parties stipulation for dismissal of the above-entitled

3 action and pursuant to FRCP 41(a), the action is hereby dismissed with prejudice.

4 Dated: March 26, 2007

5

6                               Honorable James Ware
                              Judge, United States District Cour

Haapala, Altura, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570